UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CAESAR JAVIER GARCIA,**

   Plaintiff,

v.   No. 4:23-cv-0190-P

**JOEL JEROME TUCKER, ET AL.,**

   Defendants.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Caesar Javier Garcia, are **DISMISSED** without prejudice for want of prosecution.

**SO ORDERED** on this **27th day** of **March 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE